THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUTOMATED SYSTEMS OF TACOMA LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STERIS CORPORATION, an Ohio corporation,<br><br>Defendant. | Case No. 2:24-cv-01028-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT**<br><br>Noted for Consideration: September 17, 2024 |

## STIPULATION

Plaintiff Automated Systems of Tacoma ("Plaintiff") and Defendant STERIS Corporation ("Defendant") (collectively, "the Parties") through their undersigned counsel, hereby seek and stipulate to an order that would extend deadlines regarding initial disclosures, the Parties' joint status report, and early settlement. Defendant agreed to waive service, and the Parties agreed that Defendant's response to the complaint would be filed on or before October 23, 2024. The Parties therefore jointly request that the deadlines set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 8) be moved as follows:

ORDER - 1

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 9/27/24 | 11/4/24 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 10/11/24 | 11/15/24 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 10/18/24 | 11/22/24 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated this 17th day of September, 2024.

| | |
|---|---|
| 1 | *s/ William C. Rava* |
| 2 | William C. Rava, Bar No. 29948 |
|   | Christian W. Marcelo, Bar No. 51193 |
| 3 | Meeghan Dooley, Bar No. 61735 |
|   | **Perkins Coie LLP** |
| 4 | 1201 Third Avenue, Suite 4900 |
|   | Seattle, WA  98101-3099 |
| 5 | Telephone:  206.359.8000 |
|   | Facsimile:  206.359.9000 |
| 6 | WRava@perkinscoie.com |
|   | CMarcelo@perkinscoie.com |
| 7 | MDooley@perkinscoie.com |
| 8 | Attorneys for Defendant STERIS Corporation |
| 9 | |
|   | *s/ John J. Bamert* |
| 10 | John J. Bamert, Bar No. 48128 |
|    | Kevin E. Regan, Bar No. 44565 |
| 11 | **Bamert Regan** |
|    | 113 Cherry St., Unit 55215 |
| 12 | Seattle, WA 98104 |
|    | Telephone:  206.486.7023 |
| 13 | Bamert@BamertRegan.com |
|    | Regan@BamertRegan.com |
| 14 | |
|    | Attorneys for Plaintiff Automated Systems of Tacoma, LLC |

ORDER - 3

**[PROPOSED] ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

DATED: September 18, 2024

_____
The Honorable James L. Robart
United States District Judge

Presented by:

*s/ William C. Rava*
William C. Rava, Bar No. 29948
Christian W. Marcelo, Bar No. 51193
Meeghan Dooley, Bar No. 61735
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
MDooley@perkinscoie.com

Attorneys for Defendant STERIS Corporation

*s/ John J. Bamert*
John J. Bamert, Bar No. 48128
Kevin E. Regan, Bar No. 44565
**Bamert Regan**
113 Cherry St., Unit 55215
Seattle, WA 98104
Telephone:  206.486.7023
Bamert@BamertRegan.com
Regan@BamertRegan.com

Attorneys for Plaintiff Automated Systems of Tacoma, LLC