THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| AUTOMATED SYSTEMS OF TACOMA LLC, a Washington limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STERIS CORPORATION, an Ohio corporation,<br><br>　　　　　　　Defendant. | Case No. 2:24-cv-01028-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT** |

**STIPULATION**

Plaintiff Automated Systems of Tacoma ("Plaintiff") and Defendant STERIS Corporation ("Defendant") (collectively, "the Parties") through their undersigned counsel, hereby seek and stipulate to an order that would extend deadlines regarding initial disclosures, the Parties' joint status report, and early settlement. Defendant agreed to waive service; the Parties agreed that Defendant's response to the complaint would be filed on or before October 23, 2024; and the Parties jointly requested that the deadlines set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 8) be moved to November.

---

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES
(No. 2:24-cv-01028-JLR) – 1

169736413.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

On October 23, 2024, in response to the complaint, Defendant filed a Motion to Dismiss for Failure to State a Claim, which will not be fully briefed until late November. Accordingly, to allow time for disposition of the pending motion, the Parties jointly request that the deadlines set forth in the Court's Order to Extend Deadlines Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 10) be moved as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline for FRCP 26(f) Conference | 11/4/24 | 1/13/25 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 11/15/24 | 1/24/25 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 11/22/24 | 1/31/25 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated this 31st day of October, 2024.

s/William C. Rava
William C. Rava, Bar No. 29948
Christian W. Marcelo, Bar No. 51193
Meeghan Dooley, Bar No. 61735
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
MDooley@perkinscoie.com

Attorneys for Defendant STERIS Corporation


s/John J. Bamert (by email authorization)
John J. Bamert, Bar No. 48128
Kevin E. Regan, Bar No. 44565
**Bamert Regan**
113 Cherry St., Unit 55215

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINES
(No. 2:24-cv-01028-JLR) – 2

169736413.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  Seattle, WA 98104
2  Telephone: 206.486.7023
   Bamert@BamertRegan.com
3  Regan@BamertRegan.com

4  Attorneys for Plaintiff Automated Systems of Tacoma, LLC

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINES
(No. 2:24-cv-01028-JLR) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

169736413.1

# [PROPOSED] ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED. <u>The pretrial deadlines are extended as follows:</u>

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 11/4/24 | **1/13/25** |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 11/15/24 | **1/24/25** |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 11/22/24 | **1/31/25** |

DATED: November 1, 2024

_____
The Honorable James L. Robart
United States District Judge

Presented by:

s/ William C. Rava
William C. Rava, Bar No. 29948
Christian W. Marcelo, Bar No. 51193
Meeghan Dooley, Bar No. 61735
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
MDooley@perkinscoie.com

Attorneys for Defendant STERIS Corporation

s/ John J. Bamert (by email authorization)
John J. Bamert, Bar No. 48128
Kevin E. Regan, Bar No. 44565
**Bamert Regan**
113 Cherry St., Unit 55215

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES
(No. 2:24-cv-01028-JLR) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

169736413.1

1  Seattle, WA 98104
2  Telephone: 206.486.7023
   Bamert@BamertRegan.com
3  Regan@BamertRegan.com

4  Attorneys for Plaintiff Automated Systems of Tacoma, LLC

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINES
(No. 2:24-cv-01028-JLR) – 5

169736413.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000