THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| AUTOMATED SYSTEMS OF TACOMA LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STERIS CORPORATION, an Ohio corporation,<br><br>Defendant. | Case No. 2:24-cv-01028-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br>**January 7, 2026** |

**STIPULATION**

On December 30, 2025, the Court denied Defendant STERIS Corporation's ("Defendant") motion to dismiss. Dkt. 41. Defendant's answer to the complaint is currently due on January 13, 2026.

Pursuant to Western District of Washington Local Civil Rules 7(d)(1) and 10(g), the parties have conferred and stipulate to extend Defendant's deadline to answer Plaintiff's Second Amended Complaint from January 13, 2026 to February 3, 2026.

STIPULATED MOTION TO EXTEND TIME TO ANSWER SECOND AMENDED COMPLAINT (No. 2:24-cv-01028-JLR) – 1

184969599.1

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA  98101-3804
Phone:  206.359.8000
Fax:  206.359.9000

Good cause exists for the requested extension. Allowing Defendant an additional 21 days to answer Plaintiff's Second Amended Complaint will allow it to do the necessary investigation of Plaintiff's allegations before responding.

The parties therefore request that the Court extend the time for Defendant to answer Plaintiff's Second Amended Complaint to February 3, 2026.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated this 7th day of January, 2026.

Presented by:

*s/ Christian W. Marcelo*
William C. Rava, Bar No. 29948
Christian W. Marcelo, Bar No. 51193
Meeghan Dooley, Bar No. 61735
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
WRava@perkinscoie.com
CMarcelo@perkinscoie.com
MDooley@perkinscoie.com

*Attorneys for Defendant STERIS Corporation*

*s/ John J. Bamert*
John J. Bamert, Bar No. 48128
Kevin E. Regan, Bar No. 44565
Lauren A. Salatto-Rosenay (*pro hac vice*)
**Bamert Regan**
113 Cherry St., Unit 55215
Seattle, WA 98104
Telephone:  206.486.7023
Bamert@BamertRegan.com
Regan@BamertRegan.com
Rosenay@BamertRegan.com

*Attorneys for Plaintiff Automated Systems of Tacoma, LLC*

STIPULATED MOTION TO EXTEND
TIME TO ANSWER SECOND AMENDED
COMPLAINT (No. 2:24-cv-01028-JLR) – 2

184969599.1

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA  98101-3804
Phone:  206.359.8000
Fax:  206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**[PROPOSED] ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

DATED: January 8, 2025

_____
The Honorable James L. Robart
United States District Judge

STIPULATED MOTION TO EXTEND
TIME TO ANSWER SECOND AMENDED
COMPLAINT (No. 2:24-cv-01028-JLR) – 3

184969599.1

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000